UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiff,

-against-

COREPOWER YOGA, LLC,

        Defendant.

19 Civ. 10817 (AT)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/11/2020__

ANALISA TORRES, District Judge:

    Plaintiff having filed an amended complaint on March 6, 2020, ECF No. 21, it is hereby ORDERED that Defendant's motion to dismiss filed on February 28, 2020 is DENIED as moot. *See Praileau v. Fischer*, 930 F. Supp. 2d 383, 388 (N.D.N.Y. 2013) ("Typically, the filing of an amended complaint following the filing of a motion to dismiss the initial complaint moots the motion to dismiss." (internal quotation marks, citation, and alterations omitted)).

    The Clerk of Court is directed to terminate the motion at ECF No. 19.

    SO ORDERED.

Dated: March 11, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge