UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

YOVANNY DOMINGUEZ AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY SITUATED,

                              Plaintiffs,

-against-

COREPOWER YOGA, LLC,

                              Defendant.
------------------------------------------------------------------------X

Civil Action No.:
19-cv-10817

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

| | |
|---|---|
| Dated: New York, New York<br>       October 5, 2020 | Dated: New York, New York<br>       October 5, 2020 |
| Jackson Lewis P.C.<br>*Attorneys for Defendant* | THE MARKS LAW FIRM, P.C.<br>*Attorneys for Plaintiff* |
| _____<br>Rebecca M. McCloskey, Esq<br>44 South Broadway, 14th FL<br>White Plains NY 10601<br>T: (914) 872 – 6893 | _____<br>Bradly G. Marks, Esq.<br>175 Varick Street, 3rd Floor<br>New York, New York 10014<br>(646) 770-3775 |